```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SEN KONG THEN,                                               :
                                 Plaintiff,                  :
                                                             :       19 Civ. 10089 (LGS)
             -against-                                       :
                                                             :              ORDER
AN HAO 187 INC. et al.,                                      :
                                                             :
                                 Defendants.                 :
-------------------------------------------------------------X
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated November 14, 2019, set the initial conference for January 9, 2020, at 10:30 A.M. in Courtroom 1106 of the United States District Court for the Southern District of New York (Dkt. 5);

WHEREAS, the parties have not filed a joint letter or proposed case management plan pursuant to the November 14, 2019, Order.  It is hereby

**ORDERED** that, by **January 6, 2020, at 3:00 P.M.**, the parties file a joint letter and proposed case management plan.

The parties are reminded to follow the Individual Rules for this Court.

Dated: January 3, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**